# Exhibit 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James Bizarro
   resident, Nylon Corporation of America, Inc.
   Vice Chairman, Wembly Enterprises, LLC
   333 Sundial Avenue
   Manchester, NH 03103

   9590 9402 3732 7335 8374 49

2. Article Number (Transfer from service label)

   7017 2400 0000 8440 2737

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  JG  [signature]
   ☐ Agent
   ☑ Addressee

B. Received by (Printed Name): 330 C19

C. Date of Delivery: 2/3

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To: James Bizarro, President, NYCOA
Street and Apt No., or PO Box No.: 333 Sundial Ave
City, State, ZIP+4: Manchester, NH 03103

[Postmark: LAFAYETTE STATION BOSTON MA 02112 FEB 2022]

7017 2400 0000 8440 2737

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions