**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Conservation Law Foundation, Inc., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:22-cv-00111-LM |
| Nylon Corporation of America, Inc., *et al.* ) | |
| Defendants. ) | |

**JOINT MOTION REQUESTING COURT-ADMINISTERED MEDIATION**

Pursuant to Rule 53.1(c) of the Local Civil Rules for the United States District Court for the District of New Hampshire, Plaintiff Conservation Law Foundation, Inc. ("CLF"), and Defendants Nylon Corporation of America, Inc. ("Nylon") and Wembly Enterprises, LLC ("Wembly"), respectfully submit this joint request for court-administered mediation. In support of this motion, the parties state as follows:

1. On April 4, 2022, CLF filed its complaint. ECF No. 1 (Complaint).

2. On September 23, 2022, Defendants filed their responses to the complaint. ECF No. 11 (Wembly's Motion to Dismiss) and ECF No. 12 (Nylon's Answer).

3. On October 31, 2022, the parties filed a Rule 26(f) proposed Discovery Plan. ECF No. 24 (Discovery Plan). The Discovery Plan indicated that the parties had met several times to discuss the case and that they believed court-administered mediation would enhance settlement discussions. The parties requested mediation with a Magistrate or District Judge prior to pursuing discovery.

4. On November 9, 2022, the Court held a pretrial conference with Magistrate Judge Andrea K. Johnstone. Judge Johnstone stated that she is willing to serve as mediator for this matter and directed the parties to file a motion with this Court requesting mediation.

5. Pursuant to Local Rule 7.1(a)(2), the parties state that they have not attached a memorandum of law because the motion does not rely on legal argument and is a matter of the Court's discretion, and so no accompanying memorandum of law is necessary.

WHEREFORE, the parties respectfully request that the Court grant their request for court-administered mediation to be held before Magistrate Judge Andrea K. Johnstone.

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.

Dated: November 14, 2022

By its attorneys,

/s/ Erica Kyzmir-McKeon
Erica Kyzmir-McKeon, Esq.
*Pro Hac Vice*
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1763
ekyzmir-mckon@clf.org

/s/ Heather A. Govern
Heather A. Govern, Esq
*Pro Hac Vice*
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

/s/ Thomas F. Irwin
Thomas F. Irwin, Esq.
NH Bar No. 11302

Conservation Law Foundation
27 North Main Street
Concord, NH 03301
(603) 225-3060
tirwin@clf.org

NYLON CORPORATION OF AMERICA
INC., et al.

By their attorneys,

/s/ Mark C. Rouvalis
Mark C. Rouvalis, NH Bar No. 6565
Viggo C. Fish, NH Bar No. 267579
McLANE MIDDLETON,
PROFESSIONAL ASSOCIATION
900 Elm Street, P.O. Box 326
Manchester, NH 03105-0326
Telephone (603) 625-6464
mark.rouvalis@mclane.com
viggo.fish@mclane.com


/s/ Michael K. Plumb
Michael K. Plumb, NJ Bar No. 003622011
(admitted *pro hac vice*)
Dennis M. Toft, NJ Bar No. 019071982
(admitted *pro hac vice*)
Rafael Corbalan, NJ Bar No. 162912015
(admitted *pro hac vice*)
CHIESA SHAHINIAN & GIANTOMASI,
P.C
One Boland Drive,
West Orange, NJ 07052
Telephone: (973) 325-1500
mplumb@csglaw.com

## **CERTIFICATE OF SERVICE**

      I, Thomas F. Irwin, certify that the foregoing motion shall be served on all parties in this action that have filed appearances and requests for notices, via ECF.

Date: November 14, 2022            */s/ Thomas F. Irwin*

                                        Thomas F. Irwin, Esq.
                                        NH Bar No. 11302
                                        Conservation Law Foundation
                                        27 North Main Street
                                        Concord, NH 03301
                                        (603) 225-3060
                                        tirwin@clf.org