UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Conservation Law Foundation

        v.                                        Case No. 22-cv-111-LM

Nylon Corporation of America, Inc. et al


JUDGMENT


    In accordance with the following, judgment is hereby entered:

(1)   Endorsed Order by Chief Judge Landya B. McCafferty dated August 29, 2023, approving and entering the consent decree and approving the joint stipulation of voluntary dismissal of case against defendant Wembly Enterprises, LLC; and

(2)   Consent Decree of August 29, 2023.


                                     By the Court:

                                     /s/ Daniel J. Lynch
                                   Daniel J. Lynch
                                   Clerk of Court

Date: September 21, 2023


cc:  Counsel of Record